FILED

2007 Apr-24  PM 02:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BILL MAX OVERTON, | } | |
| | } | |
|     Plaintiff, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 07-AR-0732-S |
| | } | |
| UNITED STATES OF AMERICA, | } | |
| | } | |
|     Defendant. | } | |

## MEMORANDUM OPINION

To what does the United States District Court for the Northern District of Alabama owe the attention that Bill Max Overton is giving it?  Overton previously filed in this court *Overton v. United States*, CV-05-J-2065-S, on September 29, 2005. His appeal to the Eleventh Circuit from the order that dismissed that case was itself dismissed by the Eleventh Circuit on June 14, 2006.  Overton then filed *Overton v. United States*, CV-06-B-2319-S, on November 2, 2006, in this court.  That case was transferred by this court to the Western District of Texas on April 2, 2007.  Both said previous filings in this court were accompanied by *in forma pauperis* applications, like the one accompanying his above-styled current purported complaint. Overton was denied *in forma pauperis* status in CV-05-J-2065-S, both by the judge of this court to which the case was assigned and then by the Eleventh Circuit.  His present request for the right to file without payment of fees will likewise be denied, because he does not provide the information necessary for

determining his ability to pay a filing fee, in whole or in part,
and his application is not filed under penalty of perjury, and
because his action would be dismissed with or without the payment
of a filing fee.

Taking judicial notice of Overton's litigation history in
this court, it appears that he is trifling with, and is abusing
his access to, this court.  His present purported complaint,
which is repetitive of former filings, is so devoid of colorable
merit as to be frivolous, and he cannot be allowed to proceed in
this court, especially when no basis for venue appears.

Separate appropriate orders will be entered.

DONE this 24th day of April, 2007.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE